Lucille Himes, Plaintiff-Appellee, v. Larry Lanz, Defendant-Appellant.

Gen. No. 11,820. 

Second District, First Division.
December 26, 1963.
Rehearing denied January 20, 1964.

 Van
Duzer, Gershon & Jordan, all of Chicago, and Kevin D. Kelly, of LaSalle (Horace W. Jordan and Kevin D. Kelly, of counsel), for appellant; Harland D. Warren, of Ottawa, for appellee. Opinion by JUDGE DOVE. Not to be published in full.